CAUSE NO: A-31,689-D     29,735-09

EX PARTE: TONY RAY JONES
1312115

VS.

THE STATE OF TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

IN THE 70TH
DISTRICT COURT
OF
ECTOR COUNTY, TEXAS

IN RE: SECOND MOTION FOR RECORDS WITH EXHIBITS AND CHAPTER [64] FORENSIC DNA TESTING W/AFFIDAVIT:

TO CLERK OF ECTOR COUNTY, CLARISSA WEBSTER ROOM #301 ECTOR COUNTY ODESSA TEXAS, 300 N. GRANT AVE 79761 AND CLERK ABEL ACOSTA, CLERK OF COURT OF CRIMINAL APPEALS OF TEXAS, PO BOX 12308, CAPITOL STATION AUSTIN, TEXAS, 78711.

ON SEPTEMBER 24TH 2015 I SENT CLARISSA WEBSTER A SECOND ABOVE TITLED MOTION(S) DUE TO SHE DID NOT RESPOND TO MY FIRST MOTION VIA FILE TO 70TH JUDICIAL COURT ON A full TRANSCRIPT, RECORDS, DNA FORENSIC TESTING AND THE SECOND MOTION HAS THE FOLLOWING EXHIBITS SENT TO CLARISSA WEBSTER,

1. MOTION FOR APPOINTMENT OF COUNSEL PURSANT TO CHAPTER [64] (C) WITH EXHIBITS 1 w/ AFFIDAVIT T.C.C.P. VERNONS ANN. SUPP. 2005). EXHIBITS ARE R.R. VOL. 7, Pages 211-212; R.R. VOL. 7 Page 18; R.R. VOL. 6 Page 61-62, 64, 68; R.R. VOL. 8 And APPENDIX I II III; AFFIDAVIT OF FACTS IN SUPPORT OF DNA TESTING w/ APPENDIX I II III.

THE VOLUMES 6, 7, 8 And APPENDIX I II III WITH AFFIDAVIT, UNSWARN DECLARATION, CERTIFICATE, ORDER, DECLARATION OF INABILITY TO PAY COST WITH INMATE TRUST FUND ACCOUNT RECEIPT And AFFIDAVIT OF FACTS SHOWS ALLEDGED VICTIM TESTIFIES TO BEING FORCED TO SAY TONY JONES HAD SEX WITH HER BY HER AUNT IVA AND ALLEGED VICTIM STATES ALSO JACOB WHITE AND A PERSON KNOW AS JOSH.

THE APPENDIX AND EXHIBITS REQUIRE DNA FORENSIC TESTING, NEW TRIAL PROCEEDINGS DUE TO CONTENT WITHIN EXHIBITS AND APPENDIX.

THIS TWO PAGE NOTICE WAS SIGNED ON SEPT. 25TH 2015 BY PRO SE Tony Ray Jones 1312115 Michael Unit, PO Box 4500 Tennessee Colony Texas 75886.

SENT ALSO TO CLERK. ABEL ACOSTA COURT OF CRIMINAL APPEALS, PO Box 12308, CAPITOL STATION, Austin TX 78711: